UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SUFAYE D. JONES,     Plaintiff,

v.     Civil Action No. 3:16-cv-353-DJH-CHL

EQUIFAX INFORMATION SERVICES, LLC,     Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Sufaye D. Jones has filed a stipulation of dismissal with prejudice. (Docket No. 6) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** with prejudice and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

October 3, 2016

**David J. Hale, Judge**
**United States District Court**